UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(NEW HAVEN)

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE CO., )<br>  )<br>Plaintiff,  )<br>  )<br>V.  )<br>  )<br>CONGRUENT CREDIT OPPORTUNITIES )<br>FUND III, LP,  )<br>MACTON CORPORATION, AND  )<br>WEBSTER BANK, NATIONAL ASSOCIATION, )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION NO.<br>3:19-CV-00665-KAD<br><br><br><br><br><br><br><br><br>JULY 17, 2019 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants **Congruent Credit Opportunities Fund III, LP.**

           Respectfully submitted,

           By:  */s/ James R. Byrne*
              James R. Byrne, Esq. (ct14632)
              Updike, Kelly & Spellacy, P.C.
              100 Pearl Street, 17th Floor
              P.O. Box 231277
              Hartford, Connecticut 06123-1277
              Tel. (860) 548-2683
              Fax. (860) 548-2680
              e-mail: jbyrne@uks.com

2177305

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 17, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

        By:   /s/ *James R. Byrne*
            James R. Byrne, Esq. (ct14632)
            Updike, Kelly & Spellacy, P.C.

2177305