# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **CONGRUENT CREDIT OPPORTUNITIES FUND III, LP; MACTON CORPORATION; WEBSTER BANK, NATIONAL ASSOCIATION,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

Case No. 3:19-cv-00665-KAD

## STIPULATION OF VOLUTARY DISMISSAL WITHOUT PREJUDICE

All parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby provide notice to this Court that all parties agree and stipulate to a voluntary dismissal, without prejudice, of all causes of action asserted in this litigation, including all claims and counterclaims, with leave to re-file any claim or counterclaim associated with this matter in Connecticut State Court.

It has come to the attention of the parties that this Court does not have subject-matter jurisdiction over this case through diversity jurisdiction, and thus, dismissing and re-filing in state court is the proper course of action.

All parties that have made an appearance have agreed to and signed this Stipulation of Voluntary Dismissal Without Prejudice. While Counsel for Macton Corporation has not yet made an appearance, he has provided his consent to this Stipulation.

Respectfully submitted, this the 14th day of August, 2019.

/s/ *Gregory G. Marshall*
Gregory G. Marshall (Federal Bar No. ct30667)
Bradley Arant Boult Cummings LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
(202) 719-8207
gmarshall@bradley.com

*/s/ Robert R. Marcus*
Robert R. Marcus
(*pro hac vice* – phv10130)
Bradley Arant Boult Cummings LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
(704) 338-6000
rmarcus@bradley.com

*Counsel for The Lincoln National Life Insurance Company*


*/s/ James R. Byrne*
James R. Byrne, Esq. (ct 14632)
Thomas A. Gugliotti, Esq. (ct05288)
Updike, Kelly & Spellacy, P.C.
100 Pearl Street, 17th Floor
P.O. Box 231277
Hartford, Connecticut 06123
Tel. (860) 548-2683
Fax. (860) 548-2680
jbyrne@uks.com
tgugliotti@uks.com


*Counsel for Congruent Credit Opportunities Fund, III, LP, and Webster Bank, National Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2019, the **STIPULATION OF VOLUTARY DISMISSAL WITHOUT PREJUDICE** was filed electronically on the Court's electronic filing system and sent to all parties of record.  Parties may access this filing through the Court's CM/ECF system. I further certify that I emailed a copy of the foregoing Stipulation to counsel for Macton Corporation at the following address:

    James Ehrhard
    ehrhard@ehrhardlaw.com

    *Attorney for Defendant Macton Corporation*

                                      */s/ Robert R. Marcus*
                                        Robert R. Marcus